IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **CASEY CLARK,** | **CASE NO. 1:21-CV-01369-PAB** |
| **Plaintiff,** | |
| -vs- | **JUDGE PAMELA A. BARKER** |
| **TALK OF THE TOWN CONTRACT SERVICES, et al.,** | **JUDGMENT ENTRY** |
| **Defendants.** | |

For the reasons stated in the Memorandum Opinion and Order issued on August 4, 2022 (Doc. No. 28), Plaintiff's Motion for Default Judgment against Defendant Talk of the Town Contract Services as to damages and liability, and against Defendant Reginald Baugh as to damages (Doc. No. 26), is GRANTED. Default judgment is entered in Plaintiff's favor against Defendants, jointly and severally, for $41,553.50 in damages.

**IT IS SO ORDERED.**

Date: August 23, 2022

                                                                *s/Pamela A. Barker*
                                                                PAMELA A. BARKER
                                                                U.S. DISTRICT JUDGE